**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2492**

STERLING L. JENNINGS; DEIRDRE D. JENNINGS,

Plaintiffs - Appellants,

v.

ROUNDPOINT MORTGAGE SERVICING CORPORATION; EQUITY TRUSTEES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:17-cv-00427-RBS-RJK)

Submitted: April 4, 2019                                    Decided: April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Sterling L. Jennings, Deirdre D. Jennings, Appellants Pro Se. David M. Gettings, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia; Robert Ryan Michael, BWW LAW GROUP, LLC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sterling L. Jennings and Deirdre D. Jennings seek to appeal the district court's order granting summary judgment to one of the two defendants in their action seeking compensatory damages and rescission of the foreclosure of their home. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that the Jenningses seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*